UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:  CHAPTER 13 PROCEEDING:
CHARLES ROHRER  13-10285-B-13
DEBTOR

## TRUSTEE'S REPORT OF 341(A) MEETING

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The meeting of creditors in the above referenced Chapter 13 proceeding was held on September 12, 2013, pursuant to Section 341 of the Bankruptcy Code. The Debtor appeared and submitted to the examination. Upon examination of the statements of counsel, the testimony at said meeting, and a review of the Plan, the attached Summary and Analysis of Chapter 13 Plan, and papers on file in this cause, it appears to your Trustee that:

1. All filing fees have been paid or will be paid through the Plan.
2. The Plan has been proposed in good faith and not by any means prohibited by law.
3. The amount to be distributed to each allowed unsecured claim is not less than would be paid if the estate liquidated under Chapter 7 Bankruptcy Code.
4. The Debtor's budget reflects a good faith estimate of income and reasonable living expenses and shows an apparent ability to fund the plan.
5. The Trustee recommends that claims be treated as shown on the attached Summary and Analysis of Chapter 13 Plan until such time as the Creditor(s), Debtor or other interested party institutes an action to object to or modify such claim.
6. The Trustee further recommends that no property received by the Trustee for the purpose of distribution under the Plan shall revest in the Debtor except to the extent that it may be in excess of the amount needed to pay claims under the Plan.
7. The Plan as proposed in the Summary and Analysis of Chapter 13 Plan should be confirmed.

Respectfully Submitted on or about: May 15, 2014        /s/   CINDY BOUDLOCHE
                                                        CINDY BOUDLOCHE
                                                        CHAPTER 13 TRUSTEE
                                                        555 N. Carancahua  Ste 600
                                                        Corpus Christi, TX  78401-0823
                                                        (361) 883-5786

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

SUMMARY AND ANALYSIS OF CHAPTER 13 PLAN

RE: CHARLES ROHRER                                            Case No.: 13-10285-B-13

### Attorney
Name: CHRISTOPHER LEE PHILLIPPE
Attorney fees paid direct                                                3,300.00
Amount to be paid through the Plan                                           0.00

### Budget
Total net monthly income                                                 8,516.23
Total monthly expenses                                                   6,012.23
Difference                                                               2,504.00

| Plan Payment | 1,000.00 | 2,300.00 | 2,500.00 | 2,800.00 | 5,075.00 |
|---|---|---|---|---|---|
|              | 1 - 3    | 4 - 4    | 5 - 24   | 25 - 36  | 37 - 60  |

Plan Base     210,700.00              Duration of Plan                         60

Gross amount from Debtor(s)                                            210,700.00
Less administrative expense                                            $14,014.62
Net available to Creditors                                             196,685.38

| Creditor | Amount of Claim | Value of Collateral | Int Rate | 1st/Last Pmt (Est) | Estimated Total |
|---|---|---|---|---|---|
| **Priority** | | | | | |
| CHRISTOPHER LEE PHILLIPPE | 0.00 | 0.00 | 0.00 | | 0.00 |
| **Secured** | | | | | |
| FIFTH THIRD BANK | 66,680.83 | 0.00 | 5.25 | 01/39 | 71,210.12 |
| FREEDOMROAD FINANCIAL | 18,830.55 | 0.00 | 5.25 | 01/39 | 20,051.77 |
| SUSQUHANNA COMMERCIAL LEASING INC | 7,536.55 | 0.00 | 5.25 | 07/39 | 8,064.80 |
| WELLS FARGO HOME MORTGAGE | 445.81 | 0.00 | 5.25 | 07/39 | 477.70 |

Total priority and secured                                              99,804.39
Amount available to unsecured                                           96,880.99
Total unsecured                                                         96,235.45
Percentage to unsecured                                                   100.00%

\* Amount in excess of value of collateral to be treated as unsecured.
\*\* Special class unsecured listed under priority

SUMMARY AND ANALYSIS

Page 3

DEBTORS:
CHARLES ROHRER

CASE NO:
13-10285-B-13

| Unsecured Creditors | Amount Of Claim | % Paid | Amount to be Paid |
|---|---:|---:|---:|
| CITIBANK NA | 30,789.09 | 100.00 % | 30,789.09 |
| HARLEY DAVIDSON CREDIT CORP | 7,168.57 | 100.00 % | 7,168.57 |
| HARLEY DAVIDSON CREDIT CORP | 19,119.34 | 100.00 % | 19,119.34 |
| PAWNEE LEASING GROUP | 24,866.60 | 100.00 % | 24,866.60 |
| PAWNEE LEASING GROUP | 2,610.91 | 100.00 % | 2,610.91 |
| TIMEPAYMENT CORP LLC | 11,680.94 | 100.00 % | 11,680.94 |

| Unsecured Creditors (Not Filed) | Amount Of Claim | % Paid | Amount to be Paid |
|---|---:|---:|---:|
| MARTIN & BRITTANY DIHN | 0.00 | 100.00 % | 0.00 |
| Total | 96,235.45 | | 96,235.45 |

The following claims shall be paid directly by the Debtor(s):

| | | |
|---|---|---:|
| DEPT OF EDUCATION SALLIE MA | DEFERRED STUDENT LOAN | 22,841.00 |
| DEPT OF EDUCATION SALLIE MA | DEFERRED STUDENT LOAN | 21,656.00 |
| REGIONS BANK | 2013 CHEV CORVETTE vin 70 | 81,409.22 |
| WELLS FARGO HOME MORTGAG | HMSTD LT19 BLK4 BROS CNT | 200,621.85 |

The following claims will be settled by surrender of collateral:

| | | |
|---|---|---:|
| CAPITAL ONE N A | TV W/SURROUND SOUND | 2,006.57 |
| HARLEY DAVIDSON CREDIT COR | 2011 SCREAMING EAGLE SO | 35,248.34 |
| HARLEY DAVIDSON CREDIT COR | 2011 VROD MUSCLE vin 8046 | 17,168.57 |
| PAWNEE LEASING GROUP | BLOWERS MOTORCYCLE CO | 3,772.44 |
| SHEFFIELD FINANCIAL | 16' CAR HAULER TRAILER | 1,802.69 |
| TOYOTA MOTOR CREDIT | 2012 SIENNA LIMITED VAN | 43,820.02 |
| TOYOTA MOTOR CREDIT | 2012 PRIUS C | 21,778.99 |

The following liens are avoided pursuant to 11 USC 522 (f) and the creditors' secured claims will be treated as unsecured:

THIS SUMMARY AND ANALYSYS REPRESENTS THE DEBTOR'S FINAL PLAN.

02/25/2014