UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | | |
|---|---|---|---|
| IN RE: | | CASE NO: | 13-10285-B-13 |
| CHARLES ROHRER | | SSN: | XXX-XX-4424 |
| Debtor | | FILING DATE: | Sat, Jul 27, 2013 |

### NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS

ANY AND ALL PARTIES DISPUTING THE CLAIM INFORMATION CONTAINED IN THIS NOTICE SHOULD CONTACT THE OFFICE OF THE CHAPTER 13 TRUSTEE IMMEDIATELY.

COMES NOW, Cindy Boudloche, Standing Chapter 13 Trustee and will show the Court that she has examined the proofs of claim in the above referenced case. After such examination, the Trustee proposes that all claims be allowed for the amounts and per the treatment set out below. Creditors may still file claims, but objections may be filed and decided by the court. If no party objects to a late filed claim within 21 days of notification of the late filed claim or if an objection is overruled, the claim will be paid. The Trustee will reserve funds for secured and priority creditors in accordance with the confirmed plan until a proof of claim is filed. If no claim is filed, reserved payments may be sent to the registry of the court or distributed to filed claims of unsecured creditors.

Creditors are advised to contact the Trustee if they have questions about any of the information contained in this notice.

Debtors and their attorneys should carefully review the claims that are filed for debts that are not scheduled and treated in the confirmed plan. You are hereby put on notice that if you do not object to these claims, they will be paid by the Trustee.

| Claim No. | Classification | Code | Creditor Name | Scheduled Amount | Claim Amount | Claim Filed |
|---|---|---|---|---|---|---|
| 0 | DEBTOR REFUND | | CHARLES E ROHRER | $0.00 | | NO |
| 0 | ATTORNEY FEE | | CHRISTOPHER LEE PHILLIPPE | $0.00 | | NO |
| 1 | ATTORNEY FEES | | CHRISTOPHER LEE PHILLIPPE | $0.00 | | NO |
| 2 | SECURED | S | CAPITAL ONE N A | $2,006.00 | $2,006.57 | YES |
| 3 | VEHICLE SECURED | | FIFTH THIRD BANK | $66,430.00 | $66,680.83 | YES |
| 4 | VEHICLE SECURED | | FREEDOMROAD FINANCIAL | $18,774.00 | $18,830.55 | YES |
| 5 | VEHICLE SECURED | S | HARLEY DAVIDSON CREDIT CORP | $34,333.00 | $35,248.34 | YES |
| 6 | VEHICLE SECURED | S | HARLEY DAVIDSON CREDIT CORP | $16,654.00 | $17,168.57 | YES |
| 7 | SECURED | S | PAWNEE LEASING GROUP | $3,772.44 | | NO |
| 8 | VEHICLE SECURED | O | REGIONS BANK | $82,392.00 | $81,409.22 | YES |
| 9 | SECURED | S | SHEFFIELD FINANCIAL | $1,787.00 | $1,802.69 | YES |
| 10 | SECURED | | SUSQUHANNA COMMERCIAL LEAS | $7,536.55 | $7,536.55 | YES |
| 12 | VEHICLE SECURED | S | TOYOTA MOTOR CREDIT | $43,691.00 | $43,820.02 | YES |
| 13 | VEHICLE SECURED | S | TOYOTA MOTOR CREDIT | $21,739.00 | $21,778.99 | YES |
| 14 | ON-GOING MORTGAGE | O | WELLS FARGO HOME MORTGAGE | $200,688.00 | $200,621.85 | YES |
| 15 | BARRED | Y | BANK OF AMERICA | $13,399.00 | | NO |
| 16 | UNSECURED | | CITIBANK NA | $24,010.00 | $30,789.09 | YES |
| 17 | STUDENT LOANS | O | DEPARTMENT OF EDUCATION | $22,841.00 | $55,109.21 | YES |

CASE NO:   13-10285-B-13   CHARLES ROHRER

| Claim No. | Classification | Code | Creditor Name | Scheduled Amount | Claim Amount | Claim Filed |
|---|---|---|---|---|---|---|
| 18 | STUDENT LOANS | O | DEPT OF EDUCATION SALLIE MAE | $21,656.00 | | NO |
| 19 | BARRED | Y | GECRB | $25.00 | | NO |
| 20 | UNSECURED | | MARTIN & BRITTANY DIHN | $0.00 | | NO |
| 21 | BARRED | Y | ONEMAIN | $7,626.00 | | NO |
| 22 | UNSECURED | | PAWNEE LEASING GROUP | $14,400.00 | $24,866.60 | YES |
| 23 | NOTICE ONLY CREDITOR | Y | SUSQUHANNA COMMERCIAL LEAS | $0.00 | | NO |
| 24 | NOTICE ONLY CREDITOR | Y | TIMEPAYMENT CORP LLC | $0.00 | | NO |
| 25 | UNSECURED | | TIMEPAYMENT CORP LLC | $16,682.00 | $11,680.94 | YES |
| 27 | NOTICE ONLY CREDITOR | Y | LINEBARGER GOGGAN BLAIR | $0.00 | | NO |
| 28 | NOTICE ONLY CREDITOR | Y | BARRETT DAFFIN FRAPPIER TURNI | $0.00 | | NO |
| 29 | UNSECURED | | PAWNEE LEASING GROUP | $0.00 | $2,610.91 | YES |
| 30 | HOME MORTGAGE ARRE. | | WELLS FARGO HOME MORTGAGE | $0.00 | $445.81 | YES |
| 31 | UNSECURED | | HARLEY DAVIDSON CREDIT CORP | $0.00 | $7,168.57 | YES |
| 32 | UNSECURED | | HARLEY DAVIDSON CREDIT CORP | $0.00 | $19,119.34 | YES |

CODES

O = PAID OUTSIDE
S = PROPERTY SURRENDERED TO LIENHOLDER
Y = NO DISTRIBUTION WILL OCCUR
NCF = NO CLAIM FILED, ADEQUATE PROTECTION PAID IN THE AMOUNT REFLECTED AS CLAIM


WHEREFORE, the Trustee prays that those claims which have been filed be allowed as shown for the purpose of distribution pursuant to the confirmed Chapter 13 Plan and all other orders of this Court.


DATED:  Fri, Jun 20, 2014                                           /s/   CINDY BOUDLOCHE

CINDY BOUDLOCHE
CHAPTER 13 TRUSTEE
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786
info@ch13cctx.com

CASE NO:   13-10285-B-13   CHARLES ROHRER

## CERTIFICATE OF SERVICE

    I Certify that on or about Fri, Jun 20, 2014, a copy of the foregoing Notice of the Trustee's Intent to Pay Claims was delivered to BNC to be served electronically or by United States Mail to the Debtor, Debtor's Counsel and all parties listed on the Court's mailing matrix.

    /s/   CINDY BOUDLOCHE
CINDY BOUDLOCHE, TRUSTEE